No. 03-1566. ORFF ET AL. v. UNITED STATES ET AL. C. A. 9th Cir. [Certiorari granted, *ante*, p. 924.] Motion of respondent Westlands Water District for divided argument granted. Motion of Pacific Legal Foundation et al. for leave to file a brief as *amici curiae* granted.

No. 04-163. LINGLE, GOVERNOR OF HAWAII, ET AL. v. CHEVRON U. S. A. INC. C. A. 9th Cir. [Certiorari granted, *ante*, p. 924.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 04-277. NATIONAL CABLE & TELECOMMUNICATIONS ASSN. ET AL. v. BRAND X INTERNET SERVICES ET AL.; and

No. 04-281. FEDERAL COMMUNICATIONS COMMISSION ET AL. v. BRAND X INTERNET SERVICES ET AL. C. A. 9th Cir. [Certiorari granted, *ante*, p. 1018.] Motion of the Acting Solicitor General to dispense with printing the joint appendix granted.

No. 04-6604. JONES v. BIRKETT, WARDEN. C. A. 6th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 1019] denied.

No. 04-6638. SMITH v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 1019] denied.

No. 04-7297. RUIZ RIVERA v. KPMG PEAT MARWICK ET AL. C. A. 1st Cir.;

No. 04-7317. CARNOHAN v. NEWCOMB. Sup. Ct. Cal.; and

No. 04-7697. GILMORE v. UNITED STATES POSTAL SERVICE. C. A. Fed. Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until February 14, 2005, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.